AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### WACO DIVISION

FILED
MAY 17 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

LUIS G. FIGUEROA

Defendant.

Case Number   W15-808M
USM Number    NOT PROVIDED

**JUDGMENT**

The defendant, LUIS G. FIGUEROA, was represented by Carlos Rodriguez.

On motion of the United States, the Court has dismissed Counts 1 - 5. The defendant has been found not guilty on Counts 1s - 5s and is discharged as to such Counts.

Signed this the ___17th___ day of May, 2016.

_____
DENNIS G. GREEN
United States Magistrate Judge